# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNETH SMITH

NO. 2022 KW 0347

**JUNE 21, 2022**

---

In Re:    Kenneth Smith, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 12-17-0241.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED ON SHOWING MADE.** Relator failed to include a
copy of the co-defendant's statements at issue, exhibits S1 and
S2, and any other portions of the district court record that
might support the claims raised in the application for
postconviction relief. Supplementation of this writ application
and/or an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
In the event relator elects to file a new application with this
court, the application must be filed on or before July 19, 2022.
Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

                         **VGW**
                         **JMG**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

<u>          ᴀ.ꜱ̲ᴊ          </u>
DEPUTY CLERK OF COURT
     FOR THE COURT